UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARWAN GELAN, | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | )    No. 3:23-CV-76-DCP |
| | ) |
| ALYSSA MIRANDA, | ) |
| | ) |
|     Defendant/Counter-Plaintiff. | ) |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties for all further proceedings, including entry of judgment [Doc. 21].

Now before the Court are Defendant's Objections to Plaintiff's Pretrial Disclosures [Doc. 88] and Plaintiff's Response to Defendant's Objections to Plaintiff's Pretrial Disclosures [Doc. 101]. The Court observes that several of Defendant's objections may be moot as a result of the rulings on the motions in limine. In addition, during the pretrial conference, the parties agreed to meet and confer regarding additional stipulations as to certain medical records. And further, the Court notes that some of these objections have already been raised [*See* Doc. 77].

The Court **DIRECTS** the parties to meet and confer, in person or by video conference, on or before **April 21, 2025**, about each objection Defendant raises. To the extent any objections remain, the parties **SHALL** file a joint status reporting outlining the remaining objections on or before **April 22, 2025**, and include any copies of exhibits or deposition designations related to each remaining objection.

    **IT IS SO ORDERED.**        ENTER:

                                                *Debra C. Poplin*
                                                Debra C. Poplin
                                                United States Magistrate Judge